**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANNA KOLLAR, | Case No. 2:18-cv-01030-GMN-PAL |
| Petitioner, | **ORDER** |
| v. | |
| THE STATE OF NEVADA, | |
| Respondent. | |

The court found defects in the petition for a writ of habeas corpus, and the court directed petitioner to file an amended petition to correct those defects. ECF No. 3. Petitioner has not filed an amended petition in the allotted time. The court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

IT THEREFORE IS ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to comply with the court's order (ECF No. 3). The clerk of the court shall enter judgment accordingly and close this action.

IT FURTHER IS ORDERED that a certificate of appealability will not issue.

DATED: December 12, 2018

_____
GLORIA M. NAVARRO
Chief United States District Judge